T. O. SANDELL, Appellant, v. UNITED STATES of America, Appellee.

No. 6853.

Circuit Court of Appeals, Ninth Circuit.

June 10, 1932.

H. E. Ray, U. S. Atty., and Sam S. Griffin, Asst. U. S. Atty., both of Boise, Idaho, for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal in this cause dismissed for failure of appellant to file record and docket cause; mandate forthwith.

SCHILLER PIANO COMPANY v. COMMISSIONER OF INTERNAL REVENUE.

No. 4724.

Circuit Court of Appeals, Seventh Circuit.

June 2, 1932.

Jacob S. Seidman, of New York City, for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, of Washington, D. C., and Dwight H. Green, of Chicago, Ill., for respondent.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

Now this day comes the Commissioner of Internal Revenue, respondent, by his counsel and presents and files a confession of error in this cause, which said confession of error is in the words and figures following, to wit:

"Comes now the Commissioner of Internal Revenue, Respondent in the above entitled cause by and through his attorneys, G. A. Youngquist, Assistant Attorney General, and C. M. Charest, General Counsel, Bureau of Internal Revenue, and confesses error in the above entitled cause and consents to the entry of a judgment reversing the decision of the United States Board of Tax Appeals.

"G. A. Youngquist,
"Assistant Attorney General.
"C. M. Charest,
"General Counsel, Bureau of Internal Revenue."

On consideration whereof it is now here ordered and adjudged by this court that the decision of the United States Board of Tax Appeals entered in this cause on May 23, 1931, be, and the same is hereby, reversed, and that this cause be, and the same is hereby, remanded to the said United States Board of Tax Appeals.

SOUTHERN PACIFIC COMPANY et al., Appellants, v. STANDARD OIL COMPANY OF CALIFORNIA, a Corporation, Appellee.

No. 6827.

Circuit Court of Appeals, Ninth Circuit.

June 6, 1932.

James E. Lyons and Burton Mason, both of San Francisco, Cal., and Robert Brennan, M. W. Reed, Frank Karr, and R. E. Wedekind, all of Los Angeles, Cal., for appellants.

Pillsbury, Madison & Sutro, of San Francisco, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon motion of counsel for appellants, ordered appeal herein dismissed; mandate forthwith.